1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant
   KAI MING XIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           NO. CR 08-0747-VRW

          Plaintiff,                **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING**

     v.

KAI MING XIA,

          Defendant.
_____/

Defendant KAI MING XIA and the United States hereby stipulate that the sentencing date in this matter, now scheduled for May 6, 2010 at 2:00 p.m., may be continued to May 13, 2010 at 2:00 p.m.

The continuance is requested because of the defense counsel's need for additional time to file a sentencing memorandum. The filing of the sentencing memorandum is delayed because of defense counsel's trial schedule in another matter. Therefore, a one week continuance is requested to allow for adequate time for filing of the sentencing memorandum. .

Date_____

 /S/_____
BRENDAN CONROY
Attorney for Defendant
KAI MING XIA

1

/S/_____
AARON WEGNER
Assistant United States Attorney

GOOD CAUSE APPEARING, the sentencing in this matter, currently set for May 6, 2010 at 2:00 p.m., is continued to May 13, 2010 at 2:00 p.m..

Date May 4, 2010

_____
HON. VAUGHN R WALKER
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker